ROCKWELL, KELLY, DUARTE & URSTOEGER, LLP
By: Sharon E. Kelly
State Bar No. 187936
P.O. Box 0142
Modesto, CA 95353
Phone (209) 521-2552
Fax: (209) 526-7898

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE MARIE BENNETT,<br><br>        Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant | Case No.: 1:18-cv-00858-SKO<br><br>STIPULATION AND ORDER TO EXTEND TIME<br><br>(Doc. 8) |

IT IS HEREBY STIPULATED by and between the parties, subject to the approval of the Court, to extend the time by 20 days, to December 19, 2018, for plaintiff to serve plaintiff's letter brief.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

///

///

///

///

1

Plaintiff's attorney has a heavy trial workload and requests additional time to review the file and prepare the letter brief.

Dated: November 27, 2018    Respectfully submitted,

By: */s/ Sharon E. Kelly*
SHARON E. KELLY
Attorney for Plaintiff

Dated: November 27, 2018    MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By: */s/ Marcelo N. Illarmo*
(As authorized via email)
MARCELO N. ILLARMO
Special Assistant United States Attorney
Attorney for Defendant

**ORDER**

Pursuant to the parties' above stipulation (Doc. 8), IT IS HEREBY ORDERED that Plaintiff is granted an extension of time to December 19, 2018, to serve her Confidential Letter Brief. All other deadlines set forth in the Scheduling Order (Doc. 3) are modified accordingly.

IT IS SO ORDERED.

Dated:   **November 28, 2018**         /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE